IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES WARD JR.
TDCJ-CID No. 2123997,

    Plaintiff,

v.                                      2:24-CV-206-Z-BR

NICHOLAS C. MARTIN, *et al.*,

    Defendants.

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to deny Plaintiff's Motion for Injunction. ECF No. 14. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 15. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Motion for Injunction is **DENIED**.

**SO ORDERED.**

February 13, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE